Mary V. SIEBEN, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 2013–5091.

United States Court of Appeals, Federal Circuit.

Jan. 17, 2014.

Rachel C. Hughey, Merchant & Gould P.C., of Minneapolis, Minnesota argued for plaintiff-appellant. On the brief was Harry A. Sieben, Jr., Sieben, Grose, Von Holtum & Carey, of Minneapolis, Minnesota.

Joshua A. Mandlebaum, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were Stuart F. Delery, Assistant Attorney General, Jeanne E. Davidson, Director, and Deborah A. Bynum, Assistant Director. Of counsel was David H. Cazier, United States Air Force, Commercial Litigation Field Support Center, AFLOA/JAQ, of Joint Base Andrews, Maryland.

NEWMAN, PROST, and TARANTO, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

SOFPOOL LLC, Plaintiff–Appellant,

v.

KMART CORPORATION and Big Lots Stores, Inc., Defendants–Appellees.

No. 2013–1466.

United States Court of Appeals, Federal Circuit.

Jan. 17, 2014.

John P. Costello, Costello Law Corporation, of Sacramento, CA, argued for plaintiff-appellant.

Paul L. Gale, Troutman Sanders LLP, of Irvine, CA, argued for defendants-appellees. With him on the brief was Siavash Daniel Rashtian.

NEWMAN, DYK, and TARANTO, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED AND ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.